[Doc. Nos. 32, 33]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOAN SOLOMON,<br><br>                    Plaintiff,<br><br>     v.<br><br>ATLANTIC CITY HILTON CASINO<br>AND RESORT , et al.,<br><br>                    Defendants. | Civil No. 10-5701 (NLH/AMD) |

## ORDER

THIS MATTER having come before the Court by way of motions [Doc. Nos. 32 & 33] of Defendant Atlantic City Jitney Association and Defendant Atlantic City Hilton Casino Resort to dismiss Plaintiff's complaint; and the Court having considered the Report and Recommendation submitted by the Hon. Ann Marie Donio, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the Court having made a *de novo* review; and for good cause shown:

IT IS on this _7th_ day of _May_ 2013, hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Defendant Atlantic City Jitney Association's motion to dismiss Plaintiff's complaint [Doc. No. 32] shall be, and is hereby, **GRANTED**; and it is further

    **ORDERED** that Defendant Atlantic City Hilton Casino Resort's motion to dismiss Plaintiff's complaint [Doc. No. 33] shall be, and is hereby, **GRANTED**; and it is further

    **ORDERED** that Plaintiff's complaint shall be, and is hereby, **DISMISSED WITH PREJUDICE**.

_____
NOEL L. HILLMAN
United States District Judge

AT CAMDEN, NEW JERSEY